NOT FOR PUBLICATION

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| RENEE McCOY, individually and on behalf of others similarly situated, | Hon. Faith S. Hochberg, U.S.D.J. |
| | Civil Case No. 03-1801 |
| Plaintiff, | |
| | **OPINION & ORDER** |
| v. | |
| | Date: May 31, 2013 |
| HEALTH NET, INC., *et al.*, | |
| Defendants. | |
| ZEV and LINDA WACHTEL, individually and on behalf of their minor children, TORY, JESSE, and BRETT WACHTEL, and on behalf of others similarly situated, | Civil Case No. 01-4183 (FSH) |
| Plaintiffs, | |
| v. | |
| HEALTH NET, INC., *et al.*, | |
| Defendants. | |
| STEWART SCHARFMAN, *et al.*, | |
| Plaintiffs, | Civil Case No. 05-0301 (FSH) |
| v. | |
| HEALTH NET, INC., *et al.*, | |
| Defendants. | |

**HOCHBERG, District Judge:**

This matter having come before the Court upon the hearing held in this matter on May

29, 2013, and

it appearing that in the Final Order and Judgment Approving the Proposed Settlement [Docket No. 870],[1] this Court retained jurisdiction over the Settlement and Settlement Agreement, including the administration and consummation of the Settlement; and

it appearing that Class Counsel's certification of March 8, 2013, makes clear that no distributions have been made from the Cash Settlement Fund to authorized Group A Claimants to date [Docket No. 885]; and

for the reasons stated on the record of the hearing of May 29, 2013,

**IT IS** on this 31st day of May, 2013,

**ORDERED** that there is to be forthwith a partial distribution of the Cash Settlement Fund in the amount of 50% or greater. Parties are to inform the Court when that distribution takes place.

/s/ Faith S. Hochberg\
Hon. Faith S. Hochberg, U.S.D.J.

---

[1] All docket numbers refer to the *McCoy v. HealthNet* docket, 3-1801.